AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

**SEALED**

for the

District of Kansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   18-cr-40010-HLT |
| | ) | |
| | ) | |
| Jovan Andrew Williams | ) | |
| *Defendant* | ) | |

*2022 MAY 10  PM 3:39*
*TOPEKA, KS*
*UNITED STATES MARSHAL*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jovan Andrew Williams ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violation of conditions of supervision

Date:   05/10/2022

_____
*Issuing officer's signature*

**SKYLER B. O'HARA**
*Printed name and title*

City and state:   Topeka, KS

| Return |
|---|
| This warrant was received on *(date)*  12/18/2023 , and the person was arrested on *(date)*  12/18/2023 at *(city and state)*  255 West Main Street, Charlottesville, Virginia 22902 . |
| Date:  12/18/2023 |

_____
*Arresting officer's signature*

JC Williams / Deputy US Marshal
*Printed name and title*